UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Neil Owen Harju,                                          Case No. 07-45772
                                                              Chapter 7
                               Debtor.                Hon. Phillip J. Shefferly
_____/

**ORDER REGARDING STIPULATION FOR ASSUMPTION
OF LEASE UNDER § 365(p)**

      On March 26, 2007, the Debtor filed this Chapter 7 case. On April 16, 2007, the Debtor and National City Bank filed a stipulation providing for the Debtor to assume a lease of a 2003 Doge Ram with National City Bank. Upon filing their stipulation, the Debtor and National City Bank submitted to the Court for entry a proposed "order granting assumption of the lease agreement" between Debtor and National City Bank. Section 365(p) was added to the Bankruptcy Code by BAPCPA. This new section of the Bankruptcy Code permits an individual debtor to assume a lease of personal property where such lease is rejected or not timely assumed by the Chapter 7 trustee and the leased property is therefore no longer property of the estate under § 365(p)(1). Section 365(p)(2) specifies the manner in which this new right of assumption may be negotiated and implemented by a debtor. Section 365(p)(2)(B) makes it clear that upon such assumption, "the liability under the lease will be assumed by the debtor and not by the estate." Assumption of a personal property lease by a debtor under this new provision does not require Court approval. Because assumption of a personal property lease under § 365(p) does not require Court approval, and because the stipulation filed by the Debtor and National City Bank and the proposed order that they submitted with it do not request the Court to adjudicate any issue, the Court concludes that no purpose is served by entering the proposed order that they have submitted. The proposed order simply repeats what is set forth in the stipulation filed by the parties. Accordingly,

      IT IS HEREBY ORDERED that the Court declines to enter the order submitted by the Debtor and National City Bank with the stipulation that they filed in this case on April 16, 2007.

**Signed on April 24, 2007**

                                                                              /s/ Phillip J. Shefferly
                                                                               Phillip J. Shefferly
                                                                               United States Bankruptcy Judge